# EXHIBIT 2

# KIRKLAND & ELLIS LLP

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 25, 2025

**Via Email and Federal Express**

Marc E. Kasowitz, Esq.
Kasowitz LLP
1633 Broadway
New York, New York 10019
mkasowitz@kasowitz.com

SeaWorld Parks & Entertainment, Inc.
Attn: Marc Swanson, CEO
Attn: Senior Business Development Officer
9205 SouthPark Center Loop
Orlando, Florida 32819

Dear Mr. Kasowitz and SeaWorld:

As you know, we represent Sesame Workshop in connection with the May 2017 Licensing Agreement ("Agreement") between Sesame Workshop and SeaWorld Parks & Entertainment, Inc. ("SeaWorld"). We write to follow up regarding our November 14, 2025 discussion, as well as in response to your September 29, 2025 letter and to provide formal written notice of a Dispute under Section 17. (a) of the Agreement.

As an initial matter, your September 29, 2025 letter contains multiple false statements, and Sesame Workshop does not agree that it has breached any provision(s) of the Agreement, much less that there has been a breach by Sesame Workshop that justifies termination by SeaWorld. Rather, as became clear during the discussion on 11/14/2025, it seems SeaWorld is merely unhappy with its relationship with Sesame Workshop, so created vague complaints about the quality of the Sesame brand as a pretext to end the relationship.

Moreover, while your letter expressly recognized the "Discussion Period" required by Section 17. (a) of the Agreement, SeaWorld made no effort to engage in good faith discussions during that thirty-day period, despite our multiple efforts. Rather, it waited until one day before the 30-day period ended to ask about availability for a call the following week, outside the 30-day window. Further, when the parties finally spoke, SeaWorld failed to send management to the

# KIRKLAND & ELLIS LLP

Marc Kasowitz
November 25, 2025
Page 2

parties' November 14, 2025 meeting as required under the Agreement.   SeaWorld's failure to comply with the Discussion Period requirements is itself a breach of the Agreement.

We nonetheless remain willing to continue discussing the false assertions in your letter, along with the issues identified below, and appreciate that you have agreed to extend the "Discussion Period." Sesame Workshop will also review any proposal SeaWorld sends regarding terminating the relationship between Sesame Workshop and SeaWorld. As discussed on the call, we look forward to receiving that proposal promptly.

Meanwhile, Sesame Workshop has identified several instances in which SeaWorld has materially breached the terms of the Agreement (and despite prior notice, SeaWorld has failed to cure its breaches).  These include at least the following:

*SeaWorld's Closure of Sesame Street® Bay of Play in San Antonio*:  In September 2024, SeaWorld San Antonio announced that it would be closing Sesame Street® Bay of Play in San Antonio (one of the "Existing Sesame Lands" as defined in the Agreement) and replacing it with a new attraction entitled "Rescue Jr." Pursuant to Section 6.█ of the Agreement, upon closing or ceasing operation of any Existing Sesame Land, SeaWorld must pay Sesame Workshop Termination Fees as set forth in Section 16.█(c) of the Agreement.  Section 16.█(c) in turn provides that the Termination Fee with respect to each Existing Sesame Land shall be equal to "the lesser of (i) █████ or (ii) the number of years (or portion thereof) remaining in the Term …. *multiplied by* ████████████████████████████████████████ "  Consistent with this provision, Sesame Workshop sent SeaWorld an invoice in the amount of $█████ on January 1, 2025.  A copy of this invoice is attached as **Exhibit A**.  SeaWorld has failed to pay that amount and as such is in material breach of the Agreement.

*SeaWorld's Failure to Open Standalone Park #3:*  SeaWorld also agreed (as envisioned by Section 5.04 of the Agreement) to build a third Standalone Park, which was slated to open on June 30, 2027 in Orlando.  SeaWorld, however, failed to proceed with opening that park, and informed Sesame Workshop that it would not open the park.  As such, pursuant to Section 5.04(d) of the Agreement, SeaWorld must pay liquidated damages to Sesame Workshop in the amount of ████████████████ per day for the period between (1) the date SeaWorld decided to build Standalone Park #3 and (2) the date SeaWorld informed Sesame Workshop that it had decided not to open Standalone Park #3.  Consistent with this clear provision, Sesame Workshop sent SeaWorld an invoice in the amount of $████ on August 22, 2024, a copy of which is attached as **Exhibit B**.  SeaWorld has failed to pay that amount and as such is in material breach of the Agreement.  Per the Agreement, SeaWorld's failure to proceed with opening Park 3 results in SeaWorld's loss of nationwide exclusivity with respect to the Sesame Street brand and characters.

# KIRKLAND & ELLIS LLP

Marc Kasowitz
November 25, 2025
Page 3

*SeaWorld's Announcement of the Closure of Sesame Place® San Diego:*  On September 15, 2025, SeaWorld abruptly announced that it would be closing Sesame Place® San Diego to transition to a seasonal schedule and that its last day of operations would be September 21, 2025 (less than one week from the date of the announcement).  SeaWorld ***did not provide*** Sesame Workship with ***any notice*** of that closure (indeed, Sesame Workshop learned of the closure just as consumers did, *i.e.*, SeaWorld's September 21, 2025 announcement).  Nor had SeaWorld sought Sesame Workshop's approval of the public announcement, which is a clear violation of Sections 9.█ and 8.█ of the Agreement.

Not surprisingly, consumers (many of whom had already purchased tickets and made travel arrangements) were upset by SeaWorld's abrupt announcement.[1]  SeaWorld's decision to transition Sesame Place® San Diego to a "seasonal" or reduced calendar, and its handling of that decision, is not consistent with SeaWorld's duty to maintain and uphold the quality of its offerings at its parks to provide broadly accessible, quality entertainment experiences and engagement for its guests.  *See* Agreement at §§ 10.06; 14.02(b).  SeaWorld is thus in material breach of the Agreement on this basis as well.  Moreover, SeaWorld has not provided Sesame Workshop with ratings data for Sesame Place® San Diego in 2025, a material breach of Section 8.█ of the Agreement. It also has not provided the fourth CY 2025 revenue forecast as required under Section 10.6, even though Sesame Workshop requested it.

*SeaWorld's Dissemination of Unauthorized Marketing Materials:*  Sesame Workshop also recently learned that SeaWorld has released marketing materials that contain Sesame Street Elements without the required approval from Sesame Workshop.  These unauthorized materials include, without limitation, dozens of social media posts, a dozen or more emails from Sesame Place® Philadelphia to SeaWorld's subscriber list, and a newsletter from Sesame Place® Philadelphia.  A few examples are attached hereto as **Exhibit C**.  By doing so, SeaWorld is in violation of Section 9.█ of the Agreement, which gives Sesame Workshop the right to approve, *inter alia*, "all marketing and promotional activities and all Marketing Materials prior to [SeaWorld's] use thereof," and "any use of any element of the Sesame Street Elements for any purpose."

Further, SeaWorld has inhibited Sesame Workshop's review of proposed marketing materials by removing Sesame Workshop's access to the shared social media approvals document and project tracker the parties have jointly maintained.  This not only impairs Sesame Workshop's enumerated right to review materials containing its intellectual property and branding, but it also hampers Sesame Workshop's ability to fulfill its obligations to review such material and provide approvals under the Agreement.

---

[1]  *See, e.g.,* https://fox5sandiego.com/news/sesame-place-san-diego-closure/; https://ktla.com/news/california/sesame-place-closing-2025/.

## KIRKLAND & ELLIS LLP

Marc Kasowitz
November 25, 2025
Page 4

*Failure to Pay Invoices for the Quarter Ending in September:* As summarized below, SeaWorld has not paid royalties owed for the quarter ending September 2025 or provided Sesame Workshop with the most recent royalty report for Langhorne Park or merchandise sales.

| Item | Due Date | Invoice No. | Balance Due |
|---|---|---|---|
| Sesame Place - San Diego | 30 Sep 2025 | ████████ | $████████ |
| Sesame Place - Langhorne | 30 Sep 2025 | ████████ | $███████ |
| Sesame Place - San Diego | 31 Oct 2025 | ████████ | $████████ |
| Sesame Place - Langhorne [Royalty Report not received] | 31 Oct 2025 | | Unknown due to missing royalty report |
| Sea World Parks Merchandise [Royalty Report not received] | 31 Oct 2025 | | Unknown due to missing royalty report |

This repeated failure to pay royalties, despite continuing to use Sesame Workshop's IP, also constitutes a breach of the Agreement.

*Failure to Participate in Brand Board Meetings:* Pursuant to Section 8.██ of the Agreement, the parties formed a "Brand Board" and senior management of SeaWorld and Sesame Workshop must hold business review meetings at least twice a year to review and discuss the "plans, strategies and financials of the business including progress and milestones in the development of the new Standalone Park." Yet the Brand Board has not met since July 23, 2024 and the only business reviews in 2025 related to Sesame Place® Philadelphia. This failure to conduct business review meetings in accordance with Section 8.██ constitutes another material breach.

\*\*\*

This letter serves as notice of a Dispute and initiates the required Discussion Period regarding SeaWorld's material breaches (as outlined above). This Discussion Period will expire on December 26, 2025. Sesame Workshop is available to meet to discuss these issues with SeaWorld management, as required under the agreement, and with counsel. Please provide your availability to do so during the following times:

- Wednesday, 12/3, 12:30PM – 1:30PM ET

- Friday, 12/12, 1:30PM – 2:30PM ET

## KIRKLAND & ELLIS LLP

Marc Kasowitz
November 25, 2025
Page 5

- Friday, 12/19, 2:00PM – 3:00PM ET

     Sesame Workshop's investigation regarding each of the issues described above is ongoing and it reserves all of its rights, including to raise additional disputes.  Nothing in this correspondence should be construed as a concession, limitation or waiver of any kind.

Sincerely,

Dale Cendali

Cc:    Allison Buchner (Kirkland & Ellis)
       Mary Mazzello (Kirkland & Ellis)
       Valerie Mitchell-Johnston (Sesame Workshop)
       David Chang (Sesame Workshop)

       SeaWorld Parks & Entertainment, Inc.
       Attn: Tony Taylor
       9205 SouthPark Center Loop
       Orlando, Florida 32819

       Robinson, Bradshaw & Hinson, PA
       Attn: Stokely G. Caldwell, Jr.
       101 North Tryon Street, Suite 1900
       Charlotte, North Carolina 28246

# EXHIBIT A



**Sesame Workshop**
**1900 Broadway**
**New York, NY**
**10023**
Phone: 212-595-3456
TAX ID: █████

| | |
|---|---|
| Page: | 1  of  1 |
| Invoice No.: | ████ |
| Invoice Date: | 01 Jan 2025 |
| Contract No: | ████ |

Due Date:  01 Jan 2025

Bill To:

Sea World Parks & Entertainment Inc
P.O. Box 690429
Orlando, FL
32869 USA
ATTN:  Accounts Payable

Sold To:

Sea World Parks & Entertainment Inc
P.O. Box 690429
Orlando, FL
32869 USA
ATTN:  Accounts Payable

# Scheduled Contract Invoice - Advance

Sales Entity:  Themed Entertainment - Domestic

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| Termination Fee Due | | | ████ |
| Territory: United States | | | |
| **All amounts are in U.S. (Dollar)** | | **Total:** | ████ |
| **Terms: DUE UPON RECEIPT** | | | |

Please Remit Payment To:

████████

Please direct any billing inquiries & remittance to:

**Accounts Receivable**
**Sesame Workshop**
SesameAR@sesame.org

# EXHIBIT B



**Sesame Workshop**
**1900 Broadway**
**New York, NY**
**10023**
Phone: 212-595-3456
TAX ID: ██████████

Page:        1  of  1
Invoice No.:    ██████████
Invoice Date:   22 Aug 2024
Contract No:    ██████████

Due Date:    22 Aug 2024

P.O. No.:   690429

Bill To:

Sea World Parks & Entertainment Inc
P.O. Box 690429
Orlando, FL
32869 USA

Sold To:

Sea World Parks & Entertainment Inc
P.O. Box 690429
Orlando, FL
32869 USA

# Miscellaneous Invoice

Sales Entity:  Themed Entertainment - Domestic

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| SeaWorld Parks & Entertainment Inc.<br>Territory: United States/Territories/Poss | 1 | ████ | ████ |
| **All amounts are in U.S. (Dollar)**<br>**Terms: DUE UPON RECEIPT** | | **Total:** | ████ |

Please Remit Payment To:

████████████████

Please direct any billing inquiries & remittance to:

**Accounts Receivable**
**Sesame Workshop**
SesameAR@sesame.org

# EXHIBIT C



sesameplaceca 🔵 • Follow



♡ 336  💬 13  ✈

**sesameplaceca** 🔵 Happy Sesame Street Day! Sesame Street has brought laughter, joy, and the timeless lessons to generations. We're so grateful for the memories we're making and the laughter we're sharing.

Here's to the fun, furry friendships, and the spirit of learning that Sesame Street inspires to all of us!

View all 13 comments

November 10

More posts from **sesameplaceca**

 Messages

Q Search Facebook



**Sesame Place**
October 19 · 🌐

This sale has one last trick before it disappears! ✏️💀

Right now visit http://spklr.io/6183BKtCR to buy a 1 day ticket to Sesame Place Philadelphia and get your 2nd visit FREE! Hurry offer ends TODAY!

👍❤️ 131                    4 💬   11 ↗

👍 Like        💬 Comment        ↗ Share

Most relevant ▾

**Allicia Leaper**
Love ❤️
5w    Like    Reply

Most relevant is selected, so some comments may have been filtered out.

Write a comment...



### TikTok

Q Search

⌂ For You

🛍 Shop

⊘ Explore

◉ Following

👥 Friends

📺 LIVE

▽ Messages

💬 Activity

➕ Upload

Profile

••• More

Following accounts

∨ See more



**LET HER COOK IT'S HER BIRTHDAY!**

📍 SESAME PLACE Philadelphia · Levittown    ✂ CapCut · Editing made easy

**sesameplace** ✓ · 10-21

The perfect loop doesn't exi……?! SLAY QUEEN! Wishing an 'enchanting' ✨ birthday to everyone's favorite fairy in training Abby Cadabby. Let's hope it's extra magical! 🎂🎉

#Hap#HappyBirthdays#SesamePlaceiladelphia

Happy Birthday Abby Cadabby! Celebrate the Magic

Join us in wishing Abby Cadabby a magical birthday! Enjoy the enchanting celebration filled with joy and fun. #HappyBirthday #AbbyCadabby #SesameStreet

Keywords: Abby Cadabby birthday celebrations, Sesame Place birthday events, magical celebrations for kids, enchanting birthday wishes for Abby, fairy in training birthday party, fun birthday themes for children, children's party ideas and decorations, memorable birthday experiences, celebrating with beloved characters, family-friendly birthday parties

ⓘ This information is AI generated and may return results that are not relevant. It does not represent TikTok's views or advice. If you have concerns, please report at: Feedback and help - TikTok

less

386

💬 10

🔖 48

➤ 29

**Comments** | **You may like**

**Karen Lepatner**
Happiest birthday abby
10-21    Reply    ♡ 0

**YTpartygaming**
Waiting for November 2
10-23    Reply    ♡ 0

**user8567643346897**
Happy birthday Abby
11-7    Reply    ♡ 0

**dantewolfoo**
HAPPY BDAY ABBY!
11-8    Reply    ♡ 0

**Malia** 🔘
It's my toddlers 3rd birthday today too! And Abby is her favorite ❤️
10-21    Reply    ♡ 0

**Deanna**
🤩
11-14    Reply    ♡ 0

**Deanna**
😊
11-14    Reply    ♡ 0

**Deanna**
😊
11-14    Reply    ♡ 0

**Ola Abaza**
•••

Add comment…    @ 😊    Post

https://www.tiktok.com/@sesameplace/video/7563663216652455182?lang=en

3/6

11/25/25, 3:37 PM
Case 1:26-cv-02047-ER    Document 15-8    Filed 04/06/26    Page 15 of 17
Celebrate Cookie Monster's Birthday at Sesame Place | TikTok



## TikTok

- **Search**
- **For You**
- **Shop**
- **Explore**
- **Following**
- **Friends**
- **LIVE**
- **Messages**
- **Activity**
- **Upload**
- **Profile**
- **More**

Following accounts

See more

SESAME PLACE Philadelphia · Levittown    CapCut · Isolate audio from video

**sesameplace** ✔ · 11-2

Wishing a 'Dough-lightful' 🍪  Birthday to our good friend @CookieMonster!

Let's help Chef Gonger 'whisk' him a very happy birthday by putting a '🍪 ' in the comments! 🍪 🎉

#HappyBirthday #SesamePlace #Philadelphia

**Celebrate Cookie Monster's Birthday at Sesame Place**

Join us in wishing Cookie Monster a 'Dough-lightful' birthday! Leave a cookie emoji in the comments to spread the joy! #HappyBirthday #SesamePlace #Philadelphia

Keywords: Cookie Monster birthday celebration, Sesame Place events, birthday wishes for Cookie Monster, family-friendly birthday activities, Philadelphia Sesame Street events, fun birthday celebrations, interactive birthday greetings, kid-friendly birthday parties, Cookie Monster fan celebrations, Cookie Monster birthday comments

ⓘ This information is AI generated and may return results that are not relevant. It does not represent TikTok's views or advice. If you have concerns, please report at: Feedback and help - TikTok

less

1410

51

347

58





**seaworldorlando** ✔  Follow  ...
Original audio

**seaworldorlando** ✔ 5w
Dance, play, and celebrate Halloween as Elmo, Cookie Monster, Abby Cadabby, The Count, and their furry friends from Sesame Street dress up in this parade full of color, music, and smiles! 🧡 ✨

Catch this Sesame Street Halloween Parade only during #SeaWorldSpooktacular days! 🎃

**awesomejasem** 5w
Oh my goodness! This is so cute! 😍 🫶 🤍

Reply  ...

**mauralynn1** ✔ 5w
We love this parade! ❤️

Reply

♡ 514   💬 13   ⤴

October 15

Add a comment...  ☺

More posts from **seaworldorlando**







facebook

Email or phone | Password | Log In | Forgot Account?

**Sesame Place's Post**                                    ✕

**Sesame Place** ✓
October 10 · 🌐

How many friends will YOU see at Sesame Place during Furry Friends Weekend? #SesamePlace #SesameStreet #Philadelphia

November 10th is Sesame Street Day, and what better way to celebrate than with your favorite furry friends at Sesame Place Philadelphia! Your Sesame Street pals are coming out to celebrate on Furry Friends Weekend, November 8 & 9!

Visit http://spklr.io/6180BKz7q to learn more!

+6

👍❤️ 225                                    12 comments  19 shares

👍 Like                              💬 Comment

6/6