# KASOWITZ LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

MAXWELL SANDGRUND
DIRECT DIAL: (212) 506-1933
DIRECT FAX: (212) 500-3468
MSandgrund@kasowitz.com

April 9, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:** ***Sesame Workshop v. SeaWorld Parks & Entertainment, Inc., et al***
> <u>**Case No. 1:26-cv-2047-ER**</u>

Dear Judge Ramos:

We represent Defendants SeaWorld Parks & Entertainment, Inc. and United Parks & Resorts Inc. f/k/a SeaWorld Entertainment, Inc. ("Defendants") in the above-referenced matter, and write regarding the Court's Order dated today (ECF No. 21) granting Defendants' request, dated April 7, 2026, for a conference in connection with their anticipated motion to dismiss (ECF No. 19, "Conference Request").

Because Plaintiff filed an amended complaint (ECF No. 20), Defendants' Conference Request—directed at Plaintiff's initial complaint—is now moot.

We thank the Court for its attention to this matter.

Respectfully submitted,

Maxwell Sandgrund