# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 15, 2026

**VIA CM/ECF**

Hon. Edgardo Ramos
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *Sesame Workshop v. SeaWorld Parks & Entertainment, Inc. et al.*,
>         Case No. 1:26-cv-02047-ER

Dear Judge Ramos:

Plaintiff Sesame Workshop respectfully submits this response to Defendants SeaWorld Parks & Entertainment, Inc. and United Parks & Resorts Inc. f/k/a SeaWorld Entertainment, Inc.'s ("SeaWorld" or "Defendants") letter motion for a pre-motion conference on their motion to dismiss the Complaint.  DE 19.

As stated in Defendants' April 9, 2026 letter, DE 22, because Sesame Workshop timely filed an Amended Complaint (DE 14, 15, 20), Defendants' request for a pre-motion conference regarding a motion to dismiss the original Complaint is now moot. The parties discussed this via email and Defendants confirmed that they will either answer the Amended Complaint or submit a new letter. Accordingly, Sesame Workshop respectfully requests that the Court take the April 23, 2026 pre-motion conference off-calendar in light of Plaintiff's filing of the Amended Complaint.

Sincerely,

Dale M. Cendali, P.C.