**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SESAME WORKSHOP,

                Plaintiff,

      v.

SEAWORLD PARKS & ENTERTAINMENT,
INC., and UNITED PARKS & RESORTS INC.
F/K/A SEAWORLD ENTERTAINMENT, INC.,

              Defendants.

Case No.: 1:26-cv-2047

ECF Case

**ORAL ARGUMENT REQUESTED**

**DEFENDANTS' NOTICE OF PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 20, Defendants

SeaWorld Parks & Entertainment, Inc. and United Parks & Resorts Inc. f/k/a SeaWorld

Entertainment, Inc, by and through their attorneys, Kasowitz LLP, will move this Court at such

time and place as the Court designates, before the Honorable Edgardo Ramos, at the United States

Courthouse located at 40 Foley Square, New York, New York 10007 for an Order partially

dismissing the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for

any further relief that the Court deems just and proper.

Dated: New York, New York
    June 19, 2026

                                    **KASOWITZ LLP**

                            By: /s/ *Marc E. Kasowitz*
                                    Marc E. Kasowitz
                                    Amit R. Vora
                                    Maxwell Sandgrund
                                    1633 Broadway
                                    New York, New York 10019
                                    Tel. (212) 506-1700
                                    Fax (212) 506-1800
                                    mkasowitz@kasowitz.com
                                    avora@kasowitz.com
                                    msandgrund@kasowitz.com


                                    *Attorneys for Defendants*