**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SESAME WORKSHOP,

Plaintiff,

v.

SEAWORLD PARKS & ENTERTAINMENT, INC., and UNITED PARKS & RESORTS INC. F/K/A SEAWORLD ENTERTAINMENT, INC.

Defendants.

Case No.: 1:26-cv-2047

ECF Case

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by **October 8, 2026**.

4. Amended pleadings may be filed until **October 8, 2026**.[1]

5. First interrogatories shall be served no later than **September 10, 2026**, and all responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall** apply to this case.

6. First request for production of documents, if any, shall be served no later than **September 10, 2026**.

7. Non-expert depositions shall be completed by **March 19, 2027**.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

[1] To the extent the Court's order on Defendants' pending partial motion to dismiss sets a different date for leave to amend certain aspects of Plaintiff's claims, the dates in such order will control as to any specified claims.

8. Any further interrogatories, other than those directed toward experts, shall be served no later than **March 26, 2027**. Expert interrogatories shall be served no later than **June 5, 2027**.

9. Requests to Admit, if any, shall be served no later than **March 17, 2027.**

10. Expert reports shall be served no later than **April 23, 2027**.

11. Rebuttal expert reports shall be served no later than **May 21, 2027**.

12. Expert depositions shall be completed by **July 9, 2027**.

13. Additional provisions agreed upon by counsel are included below and made a part hereof.

    a. **Initial Disclosures:** Initial disclosures are due on **August 28, 2026**.

    b. **Privilege Logs**: Privileged communications dated on or after the commencement of this litigation on March 12, 2026, are not required to be included in privilege logs. Privilege logs shall include the following information: (1) document type; (2) Author (for documents); (3) From, To, and CC fields (for email); (6) Privilege Claim; and (7) Privilege Description. Emails may be logged with their attachment.

    c. **No Pre-Exchanged List of Search Terms or Custodians**: The parties intend to reach agreement regarding document production metadata and production format. Although the parties anticipate doing custodial searches and using search terms, the parties will not exchange custodian lists or search terms for approval in advance of document production. However, upon request, a party will provide the search terms and custodians it used if a question arises regarding a production, or lack of production, in response to a specific request or requests.

14. **ALL DISCOVERY SHALL BE COMPLETED BY July 12, 2027**.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. **Valerie Figueredo**.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ______________________, at ____________. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

_______________________

_______________________

Edgardo Ramos, U.S. District Judge